UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGINIA FERNANDEZ, et al.,<br><br>    Defendants. | Case No. 18-cv-06948-SVK<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 29 |

Before the Court in Plaintiff's Response to Order to Show Cause. Dkt. 29. Good cause appearing, the hearing on the Order to Show Cause re Settlement (Dkt. 28) is CONTINUED to **April 28, 2020**. If a dismissal is filed by **April 27, 2020**, the Order to Show Cause hearing will be automatically vacated.

**SO ORDERED.**

Dated: March 24, 2020

SUSAN VAN KEULEN
United States Magistrate Judge